March 29, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

AMERICAN DISCOVERY ENERGY, INC., Appellant

NO. 14-11-00158-CV                    V.

APACHE CORPORATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, APACHE CORPORATION, signed September 1, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, AMERICAN DISCOVERY ENERGY, INC., to pay all costs incurred in this appeal. We further order this decision certified below for observance.